

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2016

No. 04-16-00596-CV

James **BURLEY**, Jr.,
Appellant

v.

**BEXAR COUNTY**, Et al.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-TA1-01557
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's motion for leave to proceed in forma pauperis is granted. *See* Tex. R. App. P. 20.1 (eff. 9/1/2016).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court